IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

H.A., BY HER MOTHER, JENNIFER J.,

    Plaintiff,

v.   Case No: 20-cv-0674

THE CUBA CITY SCHOOL DISTRICT,

    Defendant.

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, H.A., by her mother, Jennifer J., and Defendant, The Cuba City School District, who advises the Court that this matter has been settled, with releases signed, and pursuant to this Court's Order of August 6, 2021 (Dkt. 21), granting settlement, move that this matter be dismissed with prejudice, as to all parties' rights herein, each party to bear their own costs.

WHEREFORE, undersigned counsel, respectfully request that this Honorable Court enter an Order dismissing this matter with Prejudice.

Respectfully submitted this 1st day of September, 2021.

    GINGRAS, THOMSEN & WACHS, LLP
    Attorneys for Plaintiff

    *Electronically signed by Paul A. Kinne*
    Paul A. Kinne

SBN:1021493
8150 Excelsior Drive
Madison, WI 53717
kinne@gtwlawyers.com


and

AXLEY BRYNELSON, LLP
Attorneys for Defendant


 *Electronically signed by Erika L. Bierma*
Erika Bierma
SBN:1034647
2 E. Mifflin Street
Suite 200
Madison, WI 53703
ebierma@axley.com